**CERTIFIED MAIL™**

FIRST-CLASS MAIL
U.S. POSTAGE AND
**FEES PAID**
LETTERSTREAM

**USPS CERTIFIED MAIL**

9214 8901 4298 0494 3891 01

**CERTIFIED MAIL**

Preston Knapp
2624 North Saunders Lake Drive
Minnetrista MN 55364



0009113599000011
United States District Court for the District of
c/o Clerk's Office
300 South Fourth Street
Suite 202
Minneapolis MN 55415
USA

RECEIVED BY MAIL
FEB 12 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
FEB 12 2024
U.S. DISTRICT COURT MPLS