0:24-cv-00434-DWF-ECW Knapp v. Wings Credit Union

A bill payment has been successfully submitted on Pay.gov for:

    Application Name: MND CM ECF
    Bill Name: MND CM ECF Bill
    Pay.gov Tracking ID: 27BS9FB9
    Agency Tracking ID: AMNDC-0000602
    Bill Amount: $405.00
    Payment Pay.gov Tracking ID: 27BQBPTH
    Transaction Amount: $405.00
    Transaction Date: 02/13/2024 02:24:25 PM EST