UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>        Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>        Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorneys hereby notify the Court and Counsel that Lisa M. Lamm Bachman, Tessa Mansfield Hirte and Paul W. Magyar of Foley & Mansfield, PLLP, shall appear as counsel of record for Defendant, Wings Financial Credit Union in this matter.

**FOLEY & MANSFIELD, PLLP**

Dated: March 13, 2024   By: *s/ Tessa Mansfield Hirte*
Lisa M. Lamm Bachman (#264313)
Tessa Mansfield Hirte (#0396591)
Paul W. Magyar (#0399108)
250 Marquette Avenue, Suite 540
Minneapolis, MN 55401
(612) 338-8788
Email:  llammbachman@foleymansfield.com
          tmansfield@foleymansfield.com
          pmagyar@foleymansfield.com

Attorneys for Defendant