## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>                    Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>                    Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**MOTION TO DISMISS** |

Wings Financial Credit Union, ("Wings") hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the claims against Wings in Plaintiff's Complaint for failure to state a claim upon which relief can be granted.  This motion is based upon all the files, records and proceedings herein, the attached Memorandum of Law, and the Declaration of Tessa Mansfield Hirte.

**FOLEY & MANSFIELD, PLLP**

Dated:  March 13, 2024          By:  *s/ Tessa Mansfield Hirte*
                                                    Lisa M. Lamm Bachman (#264313)
                                                    Tessa Mansfield Hirte (#0396591)
                                                    Paul W. Magyar (#0399108)
                                                    250 Marquette Avenue, Suite 540
                                                    Minneapolis, MN 55401
                                                    (612) 338-8788
                                                    Email:  llammbachman@foleymansfield.com
                                                            tmansfield@foleymansfield.com
                                                            pmagyar@foleymansfield.com

                                                    Attorneys for Defendant