UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>　　　　Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**DEFENDANT'S NOTICE OF HEARING ON MOTION TO DISMISS** |

TO:　　THE ABOVE-NAMED PLAINTIFF, BY AND THROUGH HIS COUNSEL OF RECORD.

　　PLEASE TAKE NOTICE that the undersigned will bring a Motion to Dismiss before the Honorable Donovan W. Frank at a date and time to be determined.

**FOLEY & MANSFIELD, PLLP**

Dated:　March 13, 2024　　　By:　*s/ Tessa Mansfield Hirte*
　　　　　　　　　　　　　　　　　Lisa M. Lamm Bachman (#264313)
　　　　　　　　　　　　　　　　　Tessa Mansfield Hirte (#0396591)
　　　　　　　　　　　　　　　　　Paul W. Magyar (#0399108)
　　　　　　　　　　　　　　　　　250 Marquette Avenue, Suite 540
　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　(612) 338-8788
　　　　　　　　　　　　　　　　　Email:　llammbachman@foleymansfield.com
　　　　　　　　　　　　　　　　　　　　　tmansfield@foleymansfield.com
　　　　　　　　　　　　　　　　　　　　　pmagyar@foleymansfield.com

　　　　　　　　　　　　　　　　　Attorneys for Defendant