UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>　　　　Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**DECLARATION OF TESSA MANSFIELD HIRTE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

STATE OF MINNESOTA　　　)
　　　　　　　　　　　　) ss.
COUNTY OF HENNEPIN　　　)

Tessa Mansfield Hirte states as follows:

1.　　I am an attorney with the law firm of Foley Mansfield, representing Defendant Wings Financial Credit Union ("Wings") in the above-referenced matter. I make this affidavit in support of Wings' motion to dismiss.

2.　　Attached hereto as Exhibit 1 is a true and correct copy of the Mortgage.

3.　　Attached hereto as Exhibit 2 is a true and correct copy of the Note.

4.　　Attached hereto as Exhibit 3 is a true and correct copy of the Revolving Credit Mortgage for Wings Home Equity Line of Credit.

5.　　Attached hereto as Exhibit 4 is a true and correct copy of the Open-End Home Equity Credit Agreement and Truth in Lending Disclosure.

6.　　Attached hereto as Exhibit 5 is a true and correct copy of the documents Wings received from Brandon Joe Williams on January 11, 2024.

2

I declare under penalty of perjury that everything I have state above is true and correct.

Dated: March 13, 2024

*/s/ Tessa Mansfield Hirte*
Tessa Mansfield Hirte