UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>　　　　Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**MEET AND CONFER STATEMENT**<br>**Local Rule 7.1(a)** |

　　　Pursuant to Local Rule 7.1(a), counsel for Defendant hereby certifies that they contacted Plaintiff Preston Knapp on March 12, 2024, to attempt to set up a telephone call to meet and confer regarding Plaintiff's Complaint (ECF No. 1) and Defendant's Motion to Dismiss. Plaintiff responded that he "will entertain a meet and confer once [he has] submitted the Notice of Service of Process with the Court." Based upon Plaintiff's response, Defendant was unable to meet and confer prior to filing its Motion to Dismiss. Defendant will supplement this Meet and Confer Statement if it is able to meet and confer with Plaintiff in the future.

2

**FOLEY & MANSFIELD, PLLP**

Dated: March 13, 2024     By: *s/ Tessa Mansfield Hirte*
Lisa M. Lamm Bachman (#264313)
Tessa Mansfield Hirte (#0396591)
Paul W. Magyar (#0399108)
250 Marquette Avenue, Suite 540
Minneapolis, MN 55401
(612) 338-8788
Email: llammbachman@foleymansfield.com
tmansfield@foleymansfield.com
pmagyar@foleymansfield.com

Attorneys for Defendant