UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>　　　　　Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

THIS MATTER came before the Court on Defendant Wings Financial Credit Union's Motion to Dismiss pursuant to Rule 12(b)(5) and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Based upon the parties' written submissions and the arguments of counsel IT IS HEREBY ORDERED AND ADJUDGED that this action and all claims and causes of action asserted herein against Defendant Wings Financial Credit Union are dismissed, WITH PREJUDICE, and without award of costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Donovan W. Frank