**From:** **Preston Knapp** pknapp5@gmail.com
**Subject:** Re: Knapp v. Wings - 24-cv-00434 - Meet and Confer
**Date:** March 12, 2024 at 5:40 PM
**To:** Paul W. Magyar pmagyar@foleymansfield.com
**Cc:** Tessa Mansfield Hirte tmansfield@foleymansfield.com, Lisa M. Lamm Bachman llammbachman@foleymansfield.com, Tricia A. Blaser tblaser@foleymansfield.com



---

Hi Paul,

Thanks for disclosing your intent to do this.

I will entertain a meet and confer once I have submitted the Notice of Service of Process with the Court.

Thank you,

Preston

On Mar 12, 2024, at 4:49 PM, Paul W. Magyar <pmagyar@foleymansfield.com> wrote:

Mr. Knapp,

Please let us know your availability for a brief call tomorrow, Wednesday, March 13, regarding your Complaint in the above-referenced matter. Wings plans on bringing a motion to dismiss your Complaint under Fed. R. Civ. P. 12(b)(6) for failing to state a claim for which relief may be granted. Local Rule 7.1 requires that the moving party meet and confer with the opposing party in advance of filing a motion, which is the purpose of the call.

Please let us know if you are available tomorrow to briefly discuss this case, and what time you are available.

Best,

## Paul W. Magyar   Attorney

Admitted in MN, ND

**\*PLEASE NOTE – As of 1/1/24 our address has changed to 250 Marquette Ave, Ste. 540, Minneapolis, MN 55401.  Please update your records to reflect the change.**

612-216-0325
pmagyar@foleymansfield.com
250 Marquette Avenue, Suite 540, Minneapolis, MN 55401
foleymansfield.com

**NOTICE:** Important disclaimers and limitations apply to this email.
Please click HERE to view these disclaimers and limitations.