## UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Cause No: 0:24-cv-00434-DWF-ECW |
| ) | |
| WINGS CREDIT UNION; ) | |
| AKA WINGS FINANCIAL CREDIT UNION. ) | |
| ) | |
| *Defendants.* ) | |

**<u>(PROPOSED) ORDER DENYING DEFENDANT WING'S CREDIT UNION'S FILINGS AT DOCKET 6 THROUGH DOCKET 12 UNTIL SUCH TIME AS SERVICE HAS BEEN PERFECTED</u>**

Upon consideration of the Plaintiff Preston Byron Knapp's Motion to Strike and the record as a whole, and for good cause shown, it is hereby **ORDERED**:

**Denial of Defendant's Filings**: The Defendant Wings Credit Union's filings at Docket 6 through Docket 12 are **DENIED** *without prejudice*.

**Reason for Denial**: The Court finds that the filings made by the Defendant prior to the perfection of Service of Process are premature. This Court emphasizes the importance of adhering to the procedural steps as outlined in the Federal Rules of Civil Procedure, particularly those governing the Service of Process.

**Service of Process**: The Court directs the Plaintiff to complete the Service of Process in accordance with Federal Rule of Civil Procedure 4. The Plaintiff shall notify the Court upon the completion of the Service of Process.

**Resubmission After Service**: The Defendant may resubmit the filings denied by this Order if deemed necessary, following the perfection of Service of Process, and in compliance with the applicable rules and this Court's procedures.

**No Prejudice to Defendant**: The denial of the Defendant's filings is without prejudice to the Defendant's rights to assert any defenses or file appropriate motions after Service of Process has been properly completed and verified to the satisfaction of the Court.

1

**IT IS SO ORDERED**.

BY THE COURT:

Dated:_____

_____
The Honorable Donovan W. Frank

Distribution:

Lisa Lamm Bachman
Foley & Mansfield
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
llammbachman@foleymanfield.com

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
612-338-8788
tmansfield@foleymansfield.com

Paul William Magyar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
pmagyar@foleymanfield.com

Preston Byron Knapp
2624 North Saunders lake Drive
Minnetrista, MN 55364
262-496-8083
pknapp5@gmail.com

2