# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP ) | |
| ) | |
|     *Plaintiff,* ) | |
| ) | |
| vs. ) | Cause No: 0:24-cv-00434-DWF-ECW |
| ) | |
| WINGS CREDIT UNION; ) | |
| AKA WINGS FINANCIAL CREDIT UNION. ) | |
| ) | |
|     *Defendants.* ) | |

### (PROPOSED) ORDER GRANTING PLAINTIFF PRESTON BYRON KNAPP'S PRO SE MOTION FOR SANCTIONS AGAINST ATTORNEY MANSFIELD

This matter comes before the Court on Plaintiff Preston Byron Knapp's ("Plaintiff") Pro Se Motion for Sanctions Against Attorney Mansfield for Malicious Prosecution, Violation of 15 U.S.C. § 1, and Violations of Minnesota Professional Rules of Conduct 3.3 and 3.4. After careful consideration of the motion, the supporting documents, and the applicable law, the Court finds as follows:

**FINDINGS:**

1. **Malicious Prosecution:** The Court finds that Attorney Mansfield engaged in litigation practices against the Plaintiff without proper service, constituting malicious prosecution.

2. **Violation of 15 U.S.C. § 1:** The Court further finds that Attorney Mansfield's actions unjustly restrained the Plaintiff's access to justice, in violation of 15 U.S.C. § 1.

3. **Violations of Minnesota Professional Rules of Conduct 3.3 and 3.4:** The Court finds that Attorney Mansfield failed to exercise candor toward the tribunal by not disclosing the significant fact of non-service on the Defendant, in violation of Rule 3.3. Additionally, Attorney Mansfield's conduct was not fair to the Plaintiff, undermining the integrity of the adversarial process, in violation of Rule 3.4.

**ORDERED:**

    a. **Sanctions Against Attorney Mansfield**: Pursuant to the findings above, the Court hereby GRANTS Plaintiff's Motion for Sanctions against Attorney Mansfield.

 b. **Compensatory Damages**: Attorney Mansfield is ORDERED to pay compensatory damages to the Plaintiff in an amount to be determined by this Court to cover the Plaintiff's incurred expenses due to Attorney Mansfield's misconduct.

 c. **Further Penalties**: The Court reserves the right to impose further penalties on Attorney Mansfield as appropriate to address and deter such professional misconduct.

 d. **Notice of Compliance**: Attorney Mansfield shall file with the Court, within 30 days of this Order, a written notice of compliance detailing the steps taken to comply with this Order.

 The Court commends the Plaintiff for his diligence and reaffirms its commitment to uphold the principles of justice and the integrity of the legal process.

**IT IS SO ORDERED**.

BY THE COURT:

Dated:_____

_____
The Honorable Donovan W. Frank

*Distribution:*

Lisa Lamm Bachman
Foley & Mansfield
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
llammbachman@foleymanfield.com

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
612-338-8788
tmansfield@foleymansfield.com

Paul William Magyar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
pmagyar@foleymanfield.com

Preston Byron Knapp
2624 North Saunders lake Drive
Minnetrista, MN 55364
262-496-8083
pknapp5@gmail.com