UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP )<br>)<br>        *Plaintiff,* )<br>)<br>   vs. )<br>)<br>WINGS CREDIT UNION; )<br>AKA WINGS FINANCIAL CREDIT UNION. )<br>)<br>        *Defendants.* ) | Cause No: 0:24-cv-00434-DWF-ECW |

**NOTICE OF SERVICE OF PROCESS**

COMES NOW, PRESTON BYRON KNAPP, plaintiff, by and through, Preston Byron Knapp, Pro Se, and hereby files this *Notice of Service of Process* in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On March 15th, 2024, Defendant WINGS CREDIT UNION (AKA WINGS FINANCIAL CREDIT UNION), was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4.  A copy of the *Affidavit of Service* is attached.

Dated:  March 15th, 2024                                                            RESPECTFULLY SUBMITTED,

                                                                                               BY:       /s/ *Preston Byron Knapp*
                                                                                                            Preston Byron Knapp
                                                                                                            Plaintiff, Pro Se
                                                                                                            Pknapp5@gmail.com
                                                                                                            (262) 496-8083

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15th, 2024, a copy of the foregoing *Notice of Service of Process* was filed with the Clerk of this Court as is required by Pro Se litigants.  Plaintiff further certifies that this Motion was served on all attorneys of record.

Distribution:

Lisa Lamm Bachman
Foley & Mansfield
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
llammbachman@foleymanfield.com

Paul William Magyar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
pmagyar@foleymanfield.com

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
612-338-8788
tmansfield@foleymansfield.com