AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Preston Byron Knapp,

          *Plaintiff*,

v.                                Case No. 0:24–cv–00434–DWF–ECW

Wings Credit Union,

          *Defendant*.

## SUMMONS IN A CIVIL ACTION

To:  Wings Credit Union

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:                         *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  February 14, 2024

Civil Action No.   0:24-CV-00434-DWF-ECW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  Wings Financial Credit Union
was recieved by me on  3/14/2024:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Leslie Breeggman**, who is designated by law to accept service of process on behalf of **Wings Financial Credit Union** at 14985 Glazier Ave Ste 100, Saint Paul, MN 55124 on 03/15/2024 at 10:19 AM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 150.00 for services, for a total of $ 150.00.

I declare under penalty of perjury that this information is true.

Date:  03/15/2024

*Server's signature*

**Jeff Boe**
*Printed name and title*

2000 County Rd B2 W
Unit 130565
St Paul, MN 55113

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Leslie Breeggman who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.




Tracking #: 0127287268