## UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP  )<br>  )<br>*Plaintiff,*  )<br>  )<br>vs.  )<br>  )<br>WINGS CREDIT UNION;  )<br>AKA WINGS FINANCIAL CREDIT UNION.  )<br>  )<br>*Defendants.*  ) | Cause No: 0:24-cv-00434-DWF-ECW |

**PLAINTIFF'S NOTICE TO THE COURT**

PLEASE TAKE NOTICE that the Plaintiff, PRESTON BYRON KNAPP, by and through, Preston Byron Knapp, states as follows:

All officers of the court for the United Stated District Court, for the District of Minnesota, are hereby placed on notice under authority of the *supremacy* and *equal protection clauses* of the United States Constitution and the common law authorities of *Haines v Kerner*, 404 U.S. 519, *Platsky v. C.I.A*. 953 F.2d. 25, and *Anastasoff v. United States*, 223 F.3d 898 (8th Cir. 2000) relying on *Willy v. Coastal Corp.*, 503 U.S. 131, 135 (1992), *United States v. International Business Machines Corp.*, 517 U.S. 843, 856 (1996), quoting *Payne v. Tennessee*, 501 U.S. 808, 842 (1991) (Souter, J., concurring). *Trinsey v. Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647, *American Red Cross v. Community Blood Center of the Ozarks*, 257 F.3d 859 (8th Cir. 07/25/2001).

*In re Haines*: pro se litigants (Plaintiff is a pro se litigant) are held to less stringent pleading standards than BAR registered attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims. *In re Platsky*: "court errs if court dismisses the pro se litigant (Plaintiff is a pro se litigant) without instruction of how pleadings are deficient and how to repair pleadings." *In re Anastasoff*: litigants' constitutional rights are violated when courts depart from precedent where parties are similarly situated. All litigants have a

1

constitutional right to have their claims adjudicated according to the rule of precedent. *See Anastasoff v. United States*, 223 F.3d 898 (8th Cir. 2000). Statements of counsel, in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment, *Trinsey v. Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647.

Dated: March 16th, 2024                           RESPECTFULLY SUBMITTED,

                                                  BY:   /s/ *Preston Byron Knapp*
                                                        Preston Byron Knapp
                                                        Plaintiff, Pro Se
                                                        Pknapp5@gmail.com
                                                        (262) 496-8083

## CERTIFICATE OF SERVICE

I hereby certify that on March 16th, 2024, a copy of the foregoing *Notice to the Court* was filed with the Clerk of this Court as is required by Pro Se litigants. Plaintiff further certifies that this Motion was served on all attorneys of record.

Distribution:

Lisa Lamm Bachman
Foley & Mansfield
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
llammbachman@foleymanfield.com

Paul William Magyar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
pmagyar@foleymanfield.com

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
612-338-8788
tmansfield@foleymansfield.com