UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>　　　　　Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS** |

I hereby certify pursuant to Local Rule 7.1(c) that Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Strike Defendant's Motion to Dismiss consists of 1656 words, including all headings, footnotes, and quotations. This word count was determined using Microsoft Word 365.

Defendant's Memorandum also complies with the type-size limitation of Local Rule 7.1(e).

**FOLEY & MANSFIELD, PLLP**

Dated: March 20, 2024　　By: *s/ Tessa Mansfield Hirte*
　　　　　　　　　　　　　　Lisa M. Lamm Bachman (#264313)
　　　　　　　　　　　　　　Tessa Mansfield Hirte (#0396591)
　　　　　　　　　　　　　　Paul W. Magyar (#0399108)
　　　　　　　　　　　　　　250 Marquette Avenue, Suite 540
　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　(612) 338-8788
　　　　　　　　　　　　　　Email:  llammbachman@foleymansfield.com
　　　　　　　　　　　　　　　　　　 tmansfield@foleymansfield.com
　　　　　　　　　　　　　　　　　　 pmagyar@foleymansfield.com

　　　　　　　　　　　　　　Attorneys for Defendant