# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MINNESOTA

**Cause No: 24-cv-100 SRN/DTS**

| | |
|---|---|
| PRESTON BYRON KNAPP;<br>MICHELLE NICHOLE KNAPP. | |
| *Plaintiffs,* | Honorable Judge Susan Richard Nelson<br>Magistrate Judge David T. Shultz |
| vs. | |
| COMPASS MINNESOTA, LLC;<br>DANIEL PHILIP HOLLERMAN (*official and individual capacities*). | NOTICE OF DEFAULT and MOTION FOR DEFAULT JUDGMENT |
| *Defendants.* | |

## NOTICE OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that the Plaintiffs, PRESTON BYRON KNAPP and

MICHELLE NICHOLE KNAPP, by and through, Preston Byron Knapp, and Michelle Nichole

Knapp, hereby move this Honorable Court for the entry of Default and move for Default

Judgment against Defendant COMPASS MINNESOTA, LLC, pursuant to Federal Rule of Civil

Procedure 55(a) and 55(b).

1. Defendant COMPASS MINNESOTA, LLC, was duly served with Summons and
   Complaint on January 25, 2024, as evidenced by the *Notice of Service of Process* and
   *Affidavit of Service* filed with this Court on February 2nd, 2024 (*Id.* at dkt. 9).

2. As of this filing there has been no Counsel file in to represent COMPASS MINNESOTA,
   LLC.

**EXHIBIT 1**

3. More than 21 days have elapsed since the service of *Summons* and *Complaint* upon Defendant COMPASS MINNESOTA, LLC, and Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

4. Therefore, Defendant COMPASS MINNESOTA, LLC, is in default and has forfeited the right to contest liability.

Accordingly, Plaintiffs request that this Court grant the *Motion for Default Judgment* in the amount of **Twenty-Million Dollars ($20,000,000.00)**, as detailed in the attached *Affidavit of Facts.*

Dated: February 20th, 2024                                      RESPECTFULLY SUBMITTED,

BY:      /s/ *Preston Byron Knapp*
Preston Byron Knapp
Plaintiff, Pro Se
Pknapp5@gmail.com
(262) 496-8083

/s/ *Michelle Nichole Knapp*
Michelle Nichole Knapp
Plaintiff, Pro Se
Michelleknapp@gmail.com
(540) 931-5682

## Certificate of Service

Plaintiffs certify that on February 20th, 2024, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via ECF. We further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

Distribution:
Carl E. Christensen
Christensen Sampsel PLLC
305 Fifth Avenue North, Suite 375
Minneapolis, MN 55401

EXHIBIT 1

612-473-1200
carl@christensensampsel.com

Robert J. Kouba
Christensen Law Office PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-4016
robert@clawoffice.com

Ryan Supple
Christensen Sampsel PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-0188
ryan@christensensampsel.com

EXHIBIT 1