UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp, | Case No: 0:24-cv-00434 (DWF/ECW) |
| Plaintiff, | |
| vs. | **DECLARATION OF TESSA MANSFIELD HIRTE** |
| Wings Credit Union; AKA Wings Financial Credit Union, | |
| Defendant. | |

STATE OF MINNESOTA      )
                                   ) ss.
COUNTY OF HENNEPIN    )

I, Tessa Mansfield Hirte, declare as follows:

1.      I am an attorney admitted to practice law in the State of Minnesota and in the District of Minnesota. I am one of the attorneys representing Defendant Wings Financial Credit Union ("Wings") in the above-captioned matter.

2.      I submit this declaration in opposition to Plaintiff's Motion for Sanctions.

3.      Attached as Exhibit 1 is a true and correct copy of Notice of Service of Process, *Knapp v. Compass Minnesota, LLC*, No. 24-cv-00100-SRN-DTS (D. Minn. Feb. 2, 2024).

4.      Attached as Exhibit 2 is a true and correct copy of Affidavit of Service on Defendant Compass Minnesota LLC, *Knapp v. Compass Minnesota, LLC*, No. 24-cv-00100-SRN-DTS (D. Minn. Feb. 2, 2024).

5.      Attached as Exhibit 3 is a true and correct copy of Defendants' Joint Motion to Dismiss, *Knapp v. Compass Minnesota, LLC*, No. 24-cv-00100-SRN-DTS (D. Minn. Feb. 20, 2024).

6.      Attached as Exhibit 4 is a true and correct copy of Notice of Default and Motion for Default Judgment, *Knapp v. Compass Minnesota, LLC*, No. 24-cv-00100-SRN-DTS (D. Minn. Feb. 22, 2024).

7.      Attached as Exhibit 5 is a true and correct copy of Summons and Complaint served on Wings via certified mail on February 21, 2024.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2024.

*s/ Tessa Mansfield Hirte*
Tessa Mansfield Hirte