UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

**Cause No: 24-cv-100 SRN/DTS**

| | |
|---|---|
| PRESTON BYRON KNAPP;<br>MICHELLE NICHOLE KNAPP.<br><br>*Plaintiffs,*<br><br>vs.<br><br>COMPASS MINNESOTA, LLC;<br>DANIEL PHILIP HOLLERMAN (*official and individual capacities*).<br><br>*Defendants.* | Honorable Judge Susan Richard Nelson<br>Magistrate Judge David T. Shultz |

### NOTICE OF SERVICE OF PROCESS

COME NOW, PRESTON BYRON KNAPP and MICHELLE NICHOLE KNAPP, plaintiffs, by and through, Preston Byron Knapp, Pro Se, and Michelle Nichole Knapp, Pro Se, and hereby files this *Notice of Service of Process* in the Cause captioned above, in support thereof, would show this honorable court the following:

1. On January 22nd, 2024, Defendant DANIEL PHILIP HOLLERMAN, was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4. Copy of the *Affidavit of Service* is attached.

2. On January 25th, 2024, Defendant COMPASS MINNESOTA LLC, was served with the Summons and Complaint pursuant to Federal Rules of Civil Procedure 4. Copy of the *Affidavit of Service* is attached.

**EXHIBIT 1**

Dated: February 1st, 2024                         RESPECTFULLY SUBMITTED,

BY:    /s/ *Preston Byron Knapp*
       Preston Byron Knapp
       Plaintiff, Pro Se
       Pknapp5@gmail.com
       (262) 496-8083

       /s/ *Michelle Nichole Knapp*
       Michelle Nichole Knapp
       Plaintiff, Pro Se
       Michelleknapp@gmail.com
       (540) 931-5682

## Certificate of Service

       Plaintiffs certify that on February 1st, 2024, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via ECF. We further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

Distribution:
Carl E. Christensen
Christensen Sampsel PLLC
305 Fifth Avenue North, Suite 375
Minneapolis, MN 55401
612-473-1200
carl@christensensampsel.com

Robert J. Kouba
Christensen Law Office PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-4016
robert@clawoffice.com

Ryan Supple
Christensen Sampsel PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-0188
ryan@christensampsel.com

EXHIBIT 1