UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

Cause No: 24-cv-100 SRN/DTS

| | |
|---|---|
| PRESTON BYRON KNAPP; MICHELLE NICHOLE KNAPP. <br><br> *Plaintiffs,* <br><br> vs. <br><br> COMPASS MINNESOTA, LLC; DANIEL PHILIP HOLLERMAN (*official and individual capacities*). <br><br> *Defendants.* | Honorable Judge Susan Richard Nelson <br> Magistrate Judge David T. Shultz |

## AFFIDAVIT OF SERVICE

**DEFENDANT:**

COMPASS MINNESOTA LLC
1010 Dale St. N
Saint Paul, MN 55117

I, Joey Kimbrough, being over the age of eighteen, NOT a party to this cause, and competent to testify as to the matters asserted herein. I certify that on 1/16/2024 a copy of the Summons and Complaint were sent to the Defendant listed above via USPS Certified Mail with Signature Required.

DOCUMENT TYPE: Summons and Complaint from PRESTON BYRON KNAPP and MICHELLE NICHOLE KNAPP

**EXHIBIT 2**

CORPORATE SERVICE TO: <u>COMPASS MINNESOTA LLC</u>

SIGNED AND RECEIVED BY: "<u>*Bob ...(illegible)*</u>"

DATE RECEIVED AND SIGNED: <u>1/25/2024 at 10:55am</u>

*Certified Mail Receipt and Signature Card enclosed as "Exhibit B"*

I SWEAR UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

DATED: 2/1/24      SIGNATURE OF AFFIANT: *Joey Kimbrough*

**EXHIBIT 2**

Exhibit "B"







EXHIBIT 2