# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp and Michelle Nichole Knapp,<br><br>Plaintiffs,<br><br>v.<br><br>Compass Minnesota, LLC and Daniel Phillip Hollerman.<br><br>Defendants. | Case No. 0:24-cv-00100-SRN-DTS<br><br>**DEFENDANTS' JOINT MOTION TO DISMISS**<br>**Fed. R. Civ. P. 12(b)(6)** |

To: Plaintiffs *pro se* and all counsel of record.

## MOTION

Defendants Compass Minnesota, LLC and Daniel Phillip Hollerman respectfully move the Court, pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(4–5), for an order dismissing Plaintiffs' complaint against them with prejudice and without leave to amend. Said motion will be based on their joint memorandum of law accompanying this motion, the files comprising the record, and the arguments of counsel.

EXHIBIT 3

Respectfully,

                                  **CHRISTENSEN SAMPSEL PLLC**

Dated: February 20, 2024    /s/ Robert J. Kouba
Carl E. Christensen (#350412)
Ryan P. Supple (#395838)
Robert Kouba (#398428)
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
(612) 473-1200
carl@christensensampsel.com
ryansupple@ christensensampsel.com
robert@ christensensampsel.com

Attorneys for Defendant
Daniel Hollerman

**FOLEY MANSFIELD**

Dated: February 20, 2024   By: */s/ Tessa Mansfield Hirte*
Tessa Mansfield Hirte (#0396591)
Michael S. Kernstock (#0398879)
250 Marquette Avenue, Suite 540
Minneapolis, MN 55401
Telephone: (612) 338-8788
Email: tmansfield@foleymansfield.com
      mkernstock@foleymansfield.com

Attorneys for Defendant Compass Minnesota, LLC

2

**EXHIBIT 3**