UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>    Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>    Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**NOTICE OF HEARING ON DEFENDANT'S MOTION FOR SANCTIONS** |

To: Plaintiff, *pro se*

 PLEASE TAKE NOTICE that the undersigned will bring a Motion for Sanctions before the Honorable Donovan W. Frank at a date and time to be determined.

        **FOLEY & MANSFIELD, PLLP**

Dated: April 18, 2024  By: *s/ Tessa Mansfield Hirte*
           Lisa M. Lamm Bachman (#264313)
           Tessa Mansfield Hirte (#0396591)
           Paul W. Magyar (#0399108)
           250 Marquette Avenue, Suite 540
           Minneapolis, MN 55401
           (612) 338-8788
           Email: llammbachman@foleymansfield.com
               tmansfield@foleymansfield.com
               pmagyar@foleymansfield.com

           Attorneys for Defendant