UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>　　　　　　Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE FOR DEFENDANT'S MOTION FOR SANCTIONS** |

I hereby certify pursuant to Local Rule 7.1(c) that Defendant's Memorandum of Law in Support of its Motion for Sanctions consists of 5572 words, including all headings, footnotes, and quotations. This word count was determined using Microsoft Word 365.

Defendant's Memorandum also complies with the type-size limitation of Local Rule 7.1(e).

**FOLEY & MANSFIELD, PLLP**

Dated:  April 18, 2024  　　By: *s/ Tessa Mansfield Hirte*
　　　　　　　　　　　　　　Lisa M. Lamm Bachman (#264313)
　　　　　　　　　　　　　　Tessa Mansfield Hirte (#0396591)
　　　　　　　　　　　　　　Paul W. Magyar (#0399108)
　　　　　　　　　　　　　　250 Marquette Avenue, Suite 540
　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　(612) 338-8788
　　　　　　　　　　　　　　Email:  llammbachman@foleymansfield.com
　　　　　　　　　　　　　　　　　　tmansfield@foleymansfield.com
　　　　　　　　　　　　　　　　　　pmagyar@foleymansfield.com

　　　　　　　　　　　　　　Attorneys for Defendant