UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>        Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>        Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**DECLARATION OF TESSA MANSFIELD HIRTE** |

STATE OF MINNESOTA    )
                                ) ss.
COUNTY OF HENNEPIN   )

I, Tessa Mansfield Hirte, declare as follows:

1. I am an attorney admitted to practice law in the State of Minnesota and in the District of Minnesota. I am one of the attorneys representing Defendant Wings Financial Credit Union ("Wings") in the above-captioned matter.

2. I submit this declaration in support of Wing's Motion for Sanctions.

3. On March 8, 2024, counsel for Wings, through Bryna Griser, served a copy of Wing's Rule 11 Safe Harbor Letter and Motion for Sanctions on Plaintiff via U.S. Mail.

4. Attached as Exhibit A is a true and correct copy of the Affidavit of Service via U.S. Mail & E-Mail of Wing's Rule 11 Safe Harbor Letter and Motion for Sanctions.

5. Attached as Exhibit B is a true and correct copy of Wing's Rule 11 Safe Harbor Letter to Plaintiff.

6. On March 9, 2024, Preston Knapp responded to Wings by letter, indicating he planned on continuing with his frivolous lawsuit.

7. Attached as Exhibit C is a true and correct copy of Preston Knapp's letter to Wings received on March 9, 2024.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2024.

*s/ Tessa Mansfield Hirte*
Tessa Mansfield Hirte