## AFFIDAVIT OF SERVICE VIA U.S. MAIL & E-MAIL

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF HENNEPIN   )

      Bryna Griser, of the City of Minneapolis, County of Hennepin, State of Minnesota, being duly sworn on oath, deposes and states that on March 8, 2024, she served via U.S. Mail and email, a copy of:

      Wings Financial Credit Union's Rule 11 Safe Harbor letter and Defendant's Motion for sanctions

upon:

      Preston Byron Knapp
      2624 North Saunders Lake Drive
      Minnetrista, MN 55364
      Email: pknapp5@gmail.com

by enclosing the same in an envelope with first-class mail postage prepaid and depositing same in the post office at Minneapolis, Minnesota and via email at the email addresses listed above.

      I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: March 8, 2024

                                                  _____
                                                Bryna Griser

**EXHIBIT A**