Dear Ms. Hirte,

**Acknowledgment of Correspondence and Notice of Intent to Proceed**

Please accept this letter as confirmation of receipt of your correspondence dated March 8, 2024. This letter also serves to notify you of my unwavering intent to proceed with the litigation of my claims, which rest firmly on substantiated **facts** and prevailing **law**.

Your notice under Rule 11 of the Federal Rules of Civil Procedure cites concerns that my claims are improper. However, I am prepared to demonstrate that my actions are rooted in law and equity. Sanctions under Rule 11 are indeed a two-way street. The court in *Office of Disciplinary Counsel v. Price*, 732 A.2d 599, 604 (Pa. 1999) noted that sanctionable behavior could include "turning a blind eye to the obvious, ignoring what there is a duty to see, or declaring as fact something an attorney knows nothing about."

My forthcoming legal strategy will reveal that the foundation of your preemptive communication appears to be a misunderstanding or a lack of awareness of the intricacies of securities and real estate law. This, coupled with the fact that Wings Financial Credit Union had not been served nor had service been entered at the time of your advisory, signals a potentially premature solicitation of retainer and representation.

Furthermore, in line with *Minnesota's Rules of Professional Conduct*, specifically Rules 3.3 and 3.4, and reinforced by case law precedents that resonate with my position (see, e.g., *Igbanugo v. Minnesota Office of Lawyers Professional Responsibility*, 56 F.4th 561 (8th Cir. 2022); *Bergmann v. Lee Data Corp.*, 464 N.W.2d 131 (Minn. Ct. App. 1991)), I intend to substantiate the merits of my claims comprehensively.

In accordance with *In re Kalal*, 643 N.W.2d 466, 468-74 (Wis. 2002), I understand the obligation not to file pleadings with false allegations or misrepresentations. My commitment to ethical legal practice underlies my confident pursuit of this matter. Please be assured that my contentions are presented with due diligence and in good faith, and I anticipate the court's objective evaluation of the same.

Rest assured that due process will be upheld, including the right to present my case unencumbered by undue threats. I have taken note of your assertions and will respond with the necessary legal rigor and diligence.

Sincerely,

Preston Byron Knapp, Plaintiff, Pro Se

**EXHIBIT C**