UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>　　　　　Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**[PROPOSED]<br>ORDER GRANTING<br>DEFENDANT'S MOTION FOR<br>SANCTIONS** |

　　　　This matter came on before the Court on Defendant Wings Financial Credit Union's ("Defendant") Motion For Sanctions.

　　　　Based upon the parties' submissions, the arguments of counsel, and all of the files and proceedings herein, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant's Motion for Sanctions is GRANTED.

　　　　2.　　Plaintiff Preston Byron Knapp is ORDERED to pay Defendant its reasonable expenses, including its attorneys' fees and costs incurred in connection with defending Plaintiff's frivolous complaint.

　　　　3.　　Counsel for Defendant shall, through affidavit or declaration, detail the amount and nature of fees and costs incurred in defense of this action and provide documentary support for the same within fourteen (14) days of this Order.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____   _____
                                  The Honorable Donovan W. Frank