# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PRESTON BYRON KNAPP | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Cause No: 0:24-cv-00434-DWF-ECW |
| | ) | |
| WINGS CREDIT UNION; | ) | |
| AKA WINGS FINANCIAL CREDIT UNION. | ) | |
| | ) | |
| *Defendants.* | ) | |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Upon consideration of Plaintiff Preston Byron Knapp's *Motion for Leave to Amend Plaintiff's Complaint for Damages*, the supporting memorandum, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall file Plaintiff's Amended Complaint for Damages, attached to the motion as ***Exhibit A***, as of the date of this Order.

**SO ORDERED** this \_\_\_\_ day of _____, 2024

**IT IS SO ORDERED**.

**BY THE COURT**:

Dated:_____        _____
                                The Honorable Donovan W. Frank

*Distribution:*

All counsel and parties of record.

1