UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp,<br><br>  Plaintiff,<br><br>vs.<br><br>Wings Credit Union; AKA Wings Financial Credit Union,<br><br>  Defendant. | Case No: 0:24-cv-00434 (DWF/ECW)<br><br>**L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT FOR DAMAGES** |

I hereby certify pursuant to Local Rule 7.1(c) that Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to Amend Plaintiff's Complaint for Damages consists of 5,450 words, including all headings, footnotes, and quotations. This word count was determined using Microsoft Word 365.

Defendant's Memorandum also complies with the type-size limitation of Local Rule 7.1(e).

**FOLEY & MANSFIELD, PLLP**

Dated: June 21, 2024    By: */s/ Paul W. Magyar*
Lisa M. Lamm Bachman (#264313)
Tessa Mansfield Hirte (#0396591)
Paul W. Magyar (#0399108)
250 Marquette Avenue, Suite 540
Minneapolis, MN 55401
(612) 338-8788
Email: llammbachman@foleymansfield.com
 tmansfield@foleymansfield.com
 pmagyar@foleymansfield.com

Attorneys for Defendant