UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP ) <br> ) <br> *Plaintiff,* ) <br> ) <br> vs. ) <br> ) <br> WINGS CREDIT UNION; ) <br> AKA WINGS FINANCIAL CREDIT UNION. ) <br> ) <br> *Defendants.* ) | Cause No: 0:24-cv-00434-DWF-ECW |

_____

### NOTICE REGARDING PENDING RULINGS

**TO THE HONORABLE COURT, COUNSEL, AND ALL PARTIES:**

**PLEASE TAKE NOTICE**, Plaintiff, **Preston Byron Knapp**, appearing **pro se**, respectfully submits this Notice regarding the Court's **April 19, 2024 Order (Docket #29)**, and states as follows:

1. On **April 19, 2024**, this Honorable Court issued a **Text Only Order** (Docket #29), indicating that several motions, including:

    - Defendant's **Motion to Dismiss (Docket #7)**,
    - Plaintiff's **Motion to Strike (Docket #13)**, and
    - Plaintiff's **Motion for Sanctions (Docket #16)**,

    were fully briefed and ready for consideration by the Court.

2. Additionally, the Court granted Plaintiff permission to file a response to Defendant's **Motion for Sanctions (Docket #24)**, which Plaintiff filed on **April 24, 2024 (Docket #30)**.

3. As of the date of this filing, it has been **five months** since the Court's April 19, 2024 Order, and to the best of Plaintiff's understanding, all outstanding issues referenced in the Order have been fully briefed.

4. Plaintiff respectfully brings this to the Court's attention and kindly requests that rulings be made

1

on the pending motions at the Court's earliest convenience. Plaintiff fully understands and respects the Court's schedule and the demands of its docket, but believes that a ruling on these matters would aid significantly in the progression of the case.

5. This Notice is submitted solely to assist the Court in managing its docket and ensure that all pending matters are brought to its attention in a timely manner.

WHEREFORE, Plaintiff **Preston Byron Knapp** respectfully requests that this Honorable Court take notice of the pending motions and provide a ruling at its earliest convenience.

Dated:  September 19th, 2024                                                    RESPECTFULLY SUBMITTED,

BY:    /s/ *Preston Byron Knapp*
Preston Byron Knapp
Plaintiff, Pro Se
Pknapp5@gmail.com
(262) 496-8083

## CERTIFICATE OF SERVICE

I hereby certify that on September 19th, 2024, a copy of the foregoing *Plaintiff's Notice Regarding Pending Rulings* was filed with the Clerk of this Court as is required by Pro Se litigants. Plaintiff further certifies that this Motion was served on all attorneys of record by ECF.

*Distribution*:

Lisa Lamm Bachman
Foley & Mansfield
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
llammbachman@foleymanfield.com

Paul William Magyar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
612-338-8788
pmagyar@foleymanfield.com

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
612-338-8788
tmansfield@foleymansfield.com

2