UNITED STATES DISTRICT COURT

District of Minnesota

Preston Byron Knapp

                Plaintiff,

v.

Wings Credit Union

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-00434-DWF-ECW

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Wings' motion to dismiss (Doc. No. [7]) is **GRANTED.**

2. Plaintiff's claims in the Complaint (Doc. No. [1]) are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's motion to strike (Doc. No. [13]) is **DENIED**.

4. Plaintiff's motion to amend (Doc. No. [31]) is **DENIED AS MOOT**.

5. Plaintiff's motion for sanctions (Doc. No. [16]) is **DENIED.**

6. Wings' motion for sanctions (Doc. No. [24]) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. This case is dismissed with prejudice;

    b. Plaintiff is hereby enjoined from filing any civil action in this District Court against Wings or any affiliated parties, without first obtaining leave

of Court; and

    c. All monetary sanctions are denied.

Date: 11/12/2024                                                            KATE M. FOGARTY, CLERK