# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Cause No: 0:24-cv-00434-DWF-ECW |
| ) | |
| WINGS CREDIT UNION; ) | Honorable Judge Donovan W. Frank |
| AKA WINGS FINANCIAL CREDIT UNION. ) | |
| ) | |
| *Defendants.* ) | |

___

## NOTICE OF INTENT TO APPEAL TO THE EIGHTH CIRCUIT

Notice is hereby given that Plaintiff, Preston Byron Knapp, in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the following orders and judgment of the United States District Court for the District of Minnesota:

1. The Amended Memorandum Opinion and Order (Dkt. No. 37), filed on November 8, 2024, by Judge Donovan W. Frank, which granted Defendant Wings Credit Union's Motion to Dismiss and denied Plaintiff's motions.

2. The Final Judgment in a Civil Case (Dkt. No. 38), entered on November 12, 2024, which dismissed the case with prejudice and enjoined Plaintiff from filing further civil actions in this District against Wings Credit Union without prior leave of the Court.

Plaintiff appeals on the grounds that the decisions and judgment were in error, as further detailed in the record of proceedings before the District Court.

Dated: November 18th, 2024    RESPECTFULLY SUBMITTED,

BY:    /s/ *Preston Byron Knapp*
Preston Byron Knapp
Plaintiff, Pro Se
Pknapp5@gmail.com
(262) 496-8083

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18th, 2024, a copy of the foregoing *Notice of Intent to Appeal to the Eighth Circuit* was filed with the Clerk of this Court as is required by Pro Se litigants. Plaintiff further certifies that the foregoing was served on all attorneys of record by ECF.

*Distribution*:

| | |
|---|---|
| Lisa Lamm Bachman | Paul William Magyar |
| Foley & Mansfield | Foley & Mansfield, PLLP |
| 250 Marquette Ave., Ste. 1200 | 250 Marquette Ave., Ste. 1200 |
| Minneapolis, MN 55401 | Minneapolis, MN 55401 |
| 612-338-8788 | 612-338-8788 |
| llammbachman@foleymanfield.com | pmagyar@foleymanfield.com |

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
612-338-8788
tmansfield@foleymansfield.com