## UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Cause No: 0:24-cv-00434-DWF-ECW |
| ) | |
| WINGS CREDIT UNION; ) | Honorable Judge Donovan W. Frank |
| AKA WINGS FINANCIAL CREDIT UNION. ) | |
| ) | |
| *Defendants.* ) | |

_____

### **DOCKETING STATEMENT**

1. **Jurisdictional Statement:**

This appeal is from the final order and judgment of the United States District Court for the District of Minnesota, entered on November 8, 2024, and November 12, 2024, respectively, in Case No. 24-cv-00434-DWF-ECW. The United States Court of Appeals for the Eighth Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

2. **Nature of the Case:**

This case involves a civil action initiated by the Plaintiff-Appellant, pro se, alleging breach of contract, breach of fiduciary duties, and claims under federal statutes against the Defendant-Appellee. The District Court dismissed the claims with prejudice and enjoined Plaintiff-Appellant from filing additional civil actions against the Defendant without prior approval.

3. **Issues to Be Raised on Appeal:**

The Plaintiff-Appellant intends to raise the following issues on appeal:

a. Whether the District Court erred in dismissing Plaintiff-Appellant's claims under Federal Rule of Civil Procedure 12(b)(6).

b. Whether the District Court's injunction restricting further filings constitutes an abuse of

discretion and unduly restricts Plaintiff-Appellant's access to the courts.

c. Whether the District Court properly applied legal and procedural standards in dismissing Plaintiff-Appellant's motions and granting the Defendant-Appellee's motions.

4. **Related Cases:**

To the best of Plaintiff-Appellant's knowledge, there are no related cases currently pending in this or any other court.

5. **Transcript Information:**

Plaintiff-Appellant does not intend to order additional transcripts for this appeal as the issues are based on the existing record and orders.

6. **Briefing Schedule:**

Plaintiff-Appellant proposes the following briefing schedule, subject to the approval of the Court:

- Appellant's Opening Brief: January 13, 2025
- Appellee's Response Brief: February 3, 2025
- Appellant's Reply Brief: February 17, 2025

7. **Representation:**

Plaintiff-Appellant, Preston Byron Knapp, is proceeding pro se.

Dated: November 18th, 2024                                        RESPECTFULLY SUBMITTED,

BY:   /s/ *Preston Byron Knapp*
Preston Byron Knapp
Plaintiff, Pro Se
Pknapp5@gmail.com
(262) 496-8083

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18th, 2024, a copy of the foregoing *DOCKETING STATEMENT* was filed with the Clerk of this Court as is required by Pro Se litigants. Plaintiff further certifies that the foregoing was served on all attorneys of record by ECF.

*Distribution*:

| | |
|---|---|
| Lisa Lamm Bachman | Paul William Magyar |
| Foley & Mansfield | Foley & Mansfield, PLLP |
| 250 Marquette Ave., Ste. 1200 | 250 Marquette Ave., Ste. 1200 |
| Minneapolis, MN 55401 | Minneapolis, MN 55401 |
| 612-338-8788 | 612-338-8788 |
| llammbachman@foleymanfield.com | pmagyar@foleymanfield.com |

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
612-338-8788
tmansfield@foleymansfield.com