# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Cause No: 0:24-cv-00434-DWF-ECW |
| ) | |
| WINGS CREDIT UNION; ) | Honorable Judge Donovan W. Frank |
| AKA WINGS FINANCIAL CREDIT UNION. ) | |
| ) | |
| *Defendants.* ) | |

___

## PROPOSED DESIGNATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Appellate Procedure 10 and Eighth Circuit Rule 10A, Plaintiff-Appellant, Preston Byron Knapp, pro se, respectfully submits the following Proposed Designation of Record for the appeal:

1. **Pleadings and Motions:**

    - Complaint [Dkt. No. 1]

    - Defendant's Motion to Dismiss [Dkt. No. 7]

    - Plaintiff's Motion to Strike [Dkt. No. 13]

    - Plaintiff's Motion for Sanctions [Dkt. No. 16]

    - Defendant's Motion for Sanctions [Dkt. No. 24]

    - Plaintiff's Motion to Amend Complaint [Dkt. No. 31]

2. **Court Orders:**

    - Text-Only Order Re: Pending Motions [Dkt. No. 29]

    - Amended Memorandum Opinion and Order [Dkt. No. 37]

    - Final Judgment in a Civil Case [Dkt. No. 38]

3. **Other Relevant Filings:**

- o   Plaintiff's Response in Opposition to Defendant's Motion for Sanctions [Dkt. No. 30]

- o   Defendant's Memorandum in Opposition to Plaintiff's Motion to Amend [Dkt. No. 32]

- o   Plaintiff's Reply to Defendant's Opposition to Motion to Amend [Dkt. No. 33]

- o   Relevant Declarations and Exhibits Supporting Motions [Dkt. Nos. 10, 27, 36]

4. **Exhibit A - District Court Docket:**

   - o   A complete copy of the District Court docket in Case No. 24-cv-00434-DWF-ECW, including all docket entries and filings relevant to the above-listed motions, orders, and proceedings.

5. **Additional Documents:**

   - o   Any additional documents, exhibits, or evidence referenced in the above pleadings and motions that were submitted to the District Court and are necessary for the resolution of the appeal.

Dated:  November 18th, 2024                              RESPECTFULLY SUBMITTED,

                                         BY:    /s/ *Preston Byron Knapp*
                                                Preston Byron Knapp
                                                Plaintiff, Pro Se
                                                Pknapp5@gmail.com
                                                (262) 496-8083

## CERTIFICATE OF SERVICE

I hereby certify that on November 18th, 2024, a copy of the foregoing *Proposed Designation of Record on Appeal* was filed with the Clerk of this Court as is required by Pro Se litigants.  Plaintiff further certifies that the foregoing was served on all attorneys of record by ECF.

*Distribution*:

Lisa Lamm Bachman                         Paul William Magyar
Foley & Mansfield                         Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200             250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401                     Minneapolis, MN 55401

| | |
|---|---|
| 612-338-8788 | 612-338-8788 |
| llammbachman@foleymanfield.com | pmagyar@foleymanfield.com |

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
612-338-8788
tmansfield@foleymansfield.com