CLOSED,CV

# U.S. District Court
## U.S. District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:24−cv−00434−DWF−ECW

| | |
|---|---|
| Knapp v. Wings Credit Union | Date Filed: 02/12/2024 |
| Assigned to: Judge Donovan W. Frank | Date Terminated: 11/04/2024 |
| Referred to: Magistrate Judge Elizabeth Cowan Wright | Jury Demand: Plaintiff |
| Demand: $9,999,000 | Nature of Suit: 140 Negotiable Instrument |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Preston Byron Knapp** | represented by | **Preston Byron Knapp**<br>2624 North Saunders Lake Drive<br>Minnestrista, MN 55364<br>262−496−8083<br>Email: pknapp5@gmail.com<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **Wings Credit Union**<br>*also known as*<br>Wings Financial Credit Union | represented by | **Lisa Lamm Bachman**<br>Foley & Mansfield, PLLP<br>250 Marquette Avenue<br>Suite 540<br>Minneapolis, MN 55401<br>612−338−8788<br>Fax: 612−338−8690<br>Email: llammbachman@foleymansfield.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul William Magyar**<br>Foley & Mansfield, PLLP<br>250 Marquette Avenue<br>Suite 540<br>Minneapolis, MN 55401<br>612−338−8788<br>Email: pmagyar@foleymansfield.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tessa A. Mansfield**<br>Foley & Mansfield, PLLP<br>None<br>250 Marquette Avenue<br>Suite 540<br>Minneapolis, MN 55401<br>612−338−8788<br>Fax: 612−338−8690<br>Email: tmansfield@foleymansfield.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2024 | 1 | COMPLAINT against Wings Credit Union filed by Preston Byron Knapp. Case assigned to Judge Donovan W. Frank per 3rd, 4th − Master list, referred to Magistrate Judge Elizabeth Cowan Wright. (Attachments: # 1 Civil Cover Sheet, # 2 Envelope) (jam) Document QCd on 3/7/2024 (MMG). (Entered: 02/12/2024) |

| | | |
|---|---|---|
| 02/12/2024 | 2 | LETTER from Clerk's Office to re: Filing Fee, enclosing (AO 239) Application to Proceed in District Court Without Prepaying Fees or Costs cc: Preston Byron Knapp (jam) (Entered: 02/12/2024) |
| 02/13/2024 | 3 | RECEIPT number AMNDC–0000602 in the amount of $405.00 issued to Preston Knapp. (KMO) (Entered: 02/13/2024) |
| 02/14/2024 | 4 | Summons Issued as to Wings Credit Union. (MKB) cc: Knapp with Info Sheet on Service. Modified text on 2/14/2024 (MKB). (Entered: 02/14/2024) |
| 02/28/2024 | 5 | Clerk's Notice of APPLICATION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY. Preston Byron Knapp is GRANTED e–filing privileges in this case. Pursuant to F.R.Cv.P. Rule 5 and 7(d), Preston Byron Knapp has consented to electronic service and has agreed to waive service by other means for all subsequent filings in this case, except when electronic service is not allowed under the rules. (KMO) (Entered: 02/28/2024) |
| 03/13/2024 | 6 | NOTICE of Appearance by Tessa A. Mansfield on behalf of Wings Credit Union. (Mansfield, Tessa) (Entered: 03/13/2024) |
| 03/13/2024 | 7 | MOTION to Dismiss/General filed by Wings Credit Union. (Mansfield, Tessa) (Entered: 03/13/2024) |
| 03/13/2024 | 8 | NOTICE OF HEARING ON MOTION 7 MOTION to Dismiss/General : Date and time to be determined. (Mansfield, Tessa) (Entered: 03/13/2024) |
| 03/13/2024 | 9 | MEMORANDUM in Support re 7 MOTION to Dismiss/General filed by Wings Credit Union. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Mansfield, Tessa) (Entered: 03/13/2024) |
| 03/13/2024 | 10 | Declaration of Tessa Mansfield Hirte in Support of 7 MOTION to Dismiss/General filed by Wings Credit Union. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5)(Mansfield, Tessa) (Entered: 03/13/2024) |
| 03/13/2024 | 11 | MEET and CONFER STATEMENT re 7 Motion to Dismiss/General filed by Wings Credit Union.(Mansfield, Tessa) (Entered: 03/13/2024) |
| 03/13/2024 | 12 | PROPOSED ORDER TO JUDGE re 7 MOTION to Dismiss/General filed by Wings Credit Union.(Mansfield, Tessa) (Entered: 03/13/2024) |
| 03/13/2024 | 13 | First MOTION to Strike Pleading 7 MOTION to Dismiss/General filed by Preston Byron Knapp. (Knapp, Preston) (Entered: 03/13/2024) |
| 03/13/2024 | 14 | EXHIBIT *A – Meet & Confer Request* re 13 First MOTION to Strike Pleading 7 MOTION to Dismiss/General filed by Preston Byron Knapp.(Knapp, Preston) (Entered: 03/13/2024) |
| 03/13/2024 | 15 | PROPOSED ORDER TO JUDGE re 13 First MOTION to Strike Pleading 7 MOTION to Dismiss/General filed by Preston Byron Knapp.(Knapp, Preston) (Entered: 03/13/2024) |
| 03/13/2024 | 16 | First MOTION for Sanctions *Against Attorney Tessa Mansfield Hirte* filed by Preston Byron Knapp. (Knapp, Preston) (Entered: 03/13/2024) |
| 03/13/2024 | 17 | PROPOSED ORDER TO JUDGE re 16 First MOTION for Sanctions *Against Attorney Tessa Mansfield Hirte* filed by Preston Byron Knapp.(Knapp, Preston) (Entered: 03/13/2024) |
| 03/15/2024 | 18 | SUMMONS Returned Executed by Preston Byron Knapp. Wings Credit Union served on 3/15/2024, answer due 4/5/2024. (Attachments: # 1 Affidavit of Service Wings)(Knapp, Preston) Modified text on 3/19/2024 (MKB). (Entered: 03/15/2024) |
| 03/17/2024 | 19 | NOTICE by Preston Byron Knapp (Knapp, Preston) (Entered: 03/17/2024) |
| 03/20/2024 | 20 | MEMORANDUM in Opposition re 13 First MOTION to Strike Pleading 7 MOTION to Dismiss/General filed by Wings Credit Union. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Mansfield, Tessa) (Entered: 03/20/2024) |

| | | |
|---|---|---|
| 03/20/2024 | 21 | DECLARATION of Tessa Mansfield Hirte in Opposition to 13 First MOTION to Strike Pleading 7 MOTION to Dismiss/General filed by Wings Credit Union. (Attachments: # 1 Exhibit(s) 1)(Mansfield, Tessa) (Entered: 03/20/2024) |
| 03/20/2024 | 22 | MEMORANDUM in Opposition re 16 First MOTION for Sanctions *Against Attorney Tessa Mansfield Hirte* filed by Wings Credit Union. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Mansfield, Tessa) (Entered: 03/20/2024) |
| 03/20/2024 | 23 | DECLARATION of Tessa Mansfield Hirte in Opposition to 16 First MOTION for Sanctions *Against Attorney Tessa Mansfield Hirte* filed by Wings Credit Union. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5)(Mansfield, Tessa) (Entered: 03/20/2024) |
| 04/18/2024 | 24 | MOTION for Sanctions filed by Wings Credit Union. (Mansfield, Tessa) (Entered: 04/18/2024) |
| 04/18/2024 | 25 | NOTICE OF HEARING ON MOTION 24 MOTION for Sanctions : Date and time to be determined. (Mansfield, Tessa) (Entered: 04/18/2024) |
| 04/18/2024 | 26 | MEMORANDUM in Support re 24 MOTION for Sanctions filed by Wings Credit Union. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Mansfield, Tessa) (Entered: 04/18/2024) |
| 04/18/2024 | 27 | Declaration of Tessa Mansfield Hirte in Support of 24 MOTION for Sanctions filed by Wings Credit Union. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C)(Mansfield, Tessa) (Entered: 04/18/2024) |
| 04/18/2024 | 28 | PROPOSED ORDER TO JUDGE re 24 MOTION for Sanctions filed by Wings Credit Union.(Mansfield, Tessa) (Entered: 04/18/2024) |
| 04/19/2024 | 29 | TEXT ONLY ORDER – The Court has reviewed the pending motions filed in this case. These include motions filed at Doc. Nos. 7 , 13 , 16 , and 24 . It appears that all motions, with the exception of Defendant's Motion for Sanctions at Doc. No. 24 , are fully briefed and ready for the Court's consideration. The Court will permit Plaintiff to file a response to Defendant's motion for sanctions. Once that motion is fully briefed, the Court will take all pending matters under advisement and will rule on the papers, without oral argument. With the exception of Plaintiff's response brief noted above, the parties shall refrain from filing any additional motions until the Court rules on the motions presently on the docket. Ordered by Judge Donovan W. Frank on 4/19/2024.(las) (Entered: 04/19/2024) |
| 04/24/2024 | 30 | RESPONSE in Opposition re 24 MOTION for Sanctions filed by Preston Byron Knapp.(Knapp, Preston) (Entered: 04/24/2024) |
| 06/14/2024 | 31 | First MOTION to Alter/Amend/Supplement Pleadings 1 Complaint, *Wings* filed by Preston Byron Knapp. (Attachments: # 1 Exhibit(s) Exhibit A – Wings – Amended Complaint for Damages, # 2 Proposed Order Granting – Wings – Amended Complaint for Damages)(Knapp, Preston) (Entered: 06/14/2024) |
| 06/21/2024 | 32 | MEMORANDUM in Opposition re 31 First MOTION to Alter/Amend/Supplement Pleadings 1 Complaint, *Wings* filed by Wings Credit Union. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Magyar, Paul) (Entered: 06/21/2024) |
| 06/28/2024 | 33 | REPLY re 32 Memorandum in Opposition to Motion *for Leave to Amend Complaint for Damages* filed by Preston Byron Knapp.(Knapp, Preston) (Entered: 06/28/2024) |
| 09/19/2024 | 34 | NOTICE by Preston Byron Knapp re 30 Response in Opposition to Motion, 16 First MOTION for Sanctions *Against Attorney Tessa Mansfield Hirte*, 13 First MOTION to Strike Pleading 7 MOTION to Dismiss/General , 29 Order to Party File Document/Respond to Court,,, 7 MOTION to Dismiss/General , 24 MOTION for Sanctions *TO THE COURT* (Knapp, Preston) (Entered: 09/19/2024) |
| 11/04/2024 | 35 | MEMORANDUM OPINION AND ORDER – Wings' motion to dismiss (Doc. No. 7 ) is GRANTED. Plaintiff's claims in the Complaint (Doc. No. 1 ) are DISMISSED WITH PREJUDICE. Plaintiff's motion to strike (Doc. No. 13 ) is DENIED. Plaintiff's motion to amend (Doc. No. 31 ) is DENIED AS MOOT. Plaintiff's motion for sanctions (Doc. No. 16 ) is DENIED. Wings' motion for sanctions (Doc. No. 24 ) is GRANTED IN PART and DENIED IN PART. (Written Opinion) Signed by Judge |

| | | |
|---|---|---|
| | | Donovan W. Frank on 11/4/2024. (See Order for Specifics) (las) (Entered: 11/04/2024) |
| 11/05/2024 | 36 | JUDGMENT (Attachments: # 1 Civil Notice – appeal)(MKB) (Entered: 11/05/2024) |
| 11/08/2024 | 37 | AMENDED MEMORANDUM OPINION AND ORDER – Wings' motion to dismiss (Doc. No. 7 ) is GRANTED. Plaintiff's claims in the Complaint (Doc. No. 1 ) are DISMISSED WITH PREJUDICE. Plaintiff's motion to strike (Doc. No. 13 ) is DENIED. Plaintiff's motion to amend (Doc. No. 31 ) is DENIED AS MOOT. Plaintiff's motion for sanctions (Doc. No. 16 ) is DENIED. Wings' motion for sanctions (Doc. No. 24 ) is GRANTED IN PART and DENIED IN PART. (Written Opinion) Signed by Judge Donovan W. Frank on 11/7/2024. (See Order for Specifics) (las) (Entered: 11/08/2024) |
| 11/12/2024 | 38 | JUDGMENT (Attachments: # 1 Civil Notice – appeal)(MKB) (Entered: 11/12/2024) |