

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

Date:   November 19, 2024

To:     U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   MKB U.S. District Court-Minnesota

In Re:  District Court Case No. 24-cv-00434-DWF-ECW
        Eighth Circuit Case No.:  Not yet assigned
        Case Title:  Knapp v. Wings Credit Union

The statutory filing fee has:
    ☒ been paid, receipt number: AMNDC-11493451
    ☐ not been paid as of
            IFP     ☐ is     ☐ is not pending
    ☐ been waived because:
            ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial: N/A

Was a court reporter utilized?   ☐ Yes   ☒ No
        If yes, please identify the court reporter: