# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3359

Preston Byron Knapp

Appellant

v.

Wings Credit Union, also known as Wings Financial Credit Union

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-00434-DWF)

---

## MANDATE

In accordance with the opinion and judgment of March 18, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 28, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit